

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JOSH LIEBMAN<br>*Assistant Corporation Counsel*<br>Phone: 212-356-3153<br>jliebman@law.nyc.gov |

January 17, 2024

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
newcases@ca2.uscourts.gov

Re: *Ruiz v. N.Y.C. Police Dep't*
    Docket No. 23-8028

To the Hon. Clerk of the Court:

The New York City Law Department respectfully requests that it no longer be identified as counsel for appellee New York City Police Department (NYPD) on the docket for this appeal. Because the district court dismissed the complaint sua sponte—evidently before service of process was completed—NYPD did not appear below and the Law Department has not entered an appearance on its behalf.

Thank you for your consideration.

    Respectfully submitted,

    HON. SYLVIA O. HINDS-RADIX
    *Corporation Counsel*
    *of the City of New York*
    Attorney for NYPD

By:   __/s/ Josh Liebman_____
    Josh Liebman
    Assistant Corporation Counsel

cc: Angel L. Ruiz
    1 Metropolitan Oval
    Apt. 3E
    Bronx, NY 10462
    *Appellant pro se*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Ruiz

v.

N.Y.C. Police Dep't, 43rd Precinct

**CERTIFICATE OF SERVICE***

Docket Number: 23-8028

I, Josh Liebman (print name), hereby certify under penalty of perjury that on 1/17/2024 (date), I served a copy of non-appearance letter

(list all documents)

by (select all applicable)**

___ Personal Delivery     **X** United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Angel L. Ruiz | 1 Metropolitan Oval | Bronx | NY | 10462 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

1/17/2024

Today's Date

/s/ Josh Liebman

Signature

Certificate of Service Form (Last Revised 12/2015)